BEFORE THE SECOND DIVISION, JUNE 10, 1940

**No. 43915.**—Protests 970454–G, etc., of Browne Vintners Co., Inc. (New York).

Opinion by KINCHELOE, J.   It was conceded that the pamphlets were composed, arranged, and conceived by a subject of Great Britain.   The claim at 15 percent under paragraph 1410 was therefore sustained.   *United States* v. *American Railway Express* (17 C. C. P. A. 10, T. D. 43317) noted.